# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| DONALD W. ACTON, ) <br> and MARY K. ACTON, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> REGIONS BANK, ) <br> ) <br> Defendant. ) | No. 3:12-cv-00532 <br> Phillips/Guyton <br><br> JURY DEMANDED |

## JOINT MOTION FOR AGREED ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to Local Rule 68.1, the parties, through their undersigned counsel, jointly move for entry of the attached Agreed Order of Dismissal with Prejudice in this action.

Respectfully submitted,

**HODGES, DOUGHTY & CARSON, PLLC**

By: s/Joshua J. Bond, w/perm. to MKB
Joshua J. Bond, #020636
P.O. Box 869
Knoxville, TN 37901
(865) 292-2307
jbond@hdclaw.com
*Attorneys for Plaintiffs*

1

**BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC**

By: <u>s/Marcie K. Bradley</u>
    Clinton Sanko, #023354
    Marcie Kiggans Bradley, #028222
    1800 Republic Centre
    633 Chestnut Street
    Chattanooga, TN 37450
    (423) 209-4168
    (423) 752-9522
    csanko@bakerdonelson.com
    *Attorneys for Defendant*