UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| DONALD W. ACTON,<br>and MARY K. ACTON,<br><br>    Plaintiffs,<br><br>v.<br><br>REGIONS BANK,<br><br>    Defendant. | No. 3:12-cv-00532<br>Phillips/Guyton<br><br>JURY DEMANDED |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

By evidence of the signatures of counsel for Plaintiffs and Defendant, the Court finds that the parties have reached an agreement in the above-referenced cause. The Court hereby ORDERS that the action herein is DISMISSED WITH PREJUDICE, with costs assessed to the Defendant, Regions Bank.

So ORDERED this _____ of _____, 2013.

_____

APPROVED FOR ENTRY:

**HODGES, DOUGHTY & CARSON, PLLC**

By:   s/Joshua J. Bond, w/perm. to MKB
      Joshua J. Bond, #020636
      P.O. Box 869
      Knoxville, TN 37901
      (865) 292-2307
      jbond@hdclaw.com
      *Attorneys for Plaintiffs*

**BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC**

By:  s/Marcie K. Bradley
      Clinton Sanko, #023354
      Marcie Kiggans Bradley, #028222
      1800 Republic Centre
      633 Chestnut Street
      Chattanooga, TN 37450
      (423) 209-4168
      (423) 752-9522
      csanko@bakerdonelson.com
      *Attorneys for Defendant*