UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at KNOXVILLE

| | |
|---|---|
| DONAL W. ACTON and MARY K. ACTON, ) <br> ) <br> *Plaintiffs*, ) <br> ) <br> v. ) <br> ) <br> REGIONS BANK, ) <br> ) <br> *Defendant*. ) <br> ) | Case No. 3:12-cv-532 <br><br> Judge Mattice |

## ORDER

Before the Court is the parties' "Joint Motion for Agreed Order of Dismissal with Prejudice." (Doc. 14). The parties have advised the Court that they have reached an agreement in this action and have accordingly requested that the Court dismiss this case in its entirety with prejudice. (Doc. 14-1).

Pursuant to Fed. R. Civ. P. 41(a)(2) and the parties' representations, the Motion for a Court order of dismissal (Doc. 14) is hereby **GRANTED**, and this action is **DISMISSED WITH PREJUDICE** pursuant to Fed. R. Civ. P. 41(a)(2).

**SO ORDERED** this 13th day of September, 2013.

                                                  /s/   Harry S. Mattice, Jr.
                                                  HARRY S. MATTICE, JR.
                                                  UNITED STATES DISTRICT JUDGE